UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
NOUAMANE SIDQUI,                                              :
:
:
Petitioner,             :
:                   25-CV-9349 (VSB)
-against-                :
:                   **ORDER**
:
JUDITH ALMODOVAR, in her official                             :
capacity as Acting New York Field Office                      :
Director, U.S. Immigration & Customs                          :
Enforcement, *et al.*,                                        :
:
Respondents.            :
:
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

This matter is scheduled for a hearing on November 24, 2025 at 2:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.  It is hereby:

ORDERED that the parties shall file a joint letter, by November 19, 2025, regarding whether the Petitioner shall be produced for the hearing on November 24, 2025 at 2:00 p.m.

SO ORDERED.

Dated:     November 17, 2025
           New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge