

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 12, 2025

**BY ECF**
Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 12/15/2025

Re:    *Sidqui v. Almodovar et al.*, No. 25 Civ. 9349 (VSB)

Dear Judge Broderick:

This Office represents the government in the above-referenced habeas corpus action, in which the petitioner challenges his detention by U.S. Immigration and Customs Enforcement ("ICE"). On Wednesday, December 10, the Court issued an order identifying questions it had posed during the November 24 hearing which were not answered by the government's letter filed on Tuesday, December 9, ECF Dkt. No. 21, and directed that the government provide the information by today, December 12, ECF Dkt. No. 22.

On Wednesday, at 5:10 p.m., the undersigned received the ECF notice of the December 10 order being docketed, and conveyed the order to agency counsel assigned to the case. Unfortunately, agency counsel had left work for the day and was out of the office yesterday on leave. Today, agency counsel has been working to obtain the additional information with Deportation Officer Justin James-Townend, whose declaration was filed with the government's response to the habeas petition, ECF Dkt. No. 13. But due to agency counsel's absence on Thursday, additional time is needed to gather the requested information. The government respectfully request a one-business-day extension of time to provide the information, to Monday, December 15. Counsel for the petitioner consents to this request. I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  *s/ Brandon Cowart*
BRANDON COWART
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tele: (212) 637-2693

cc:    Counsel of Record (by ECF)