**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NOUAMANE SIDQUI,

                              Petitioner,

            -against-                                    25 **CIVIL** 9349 (VSB)

                                                        **JUDGMENT**

JUDITH ALMODOVAR, in her official
capacity as Acting New York Field Office
Director, U.S. Immigration & Customs
Enforcement, *et al.*,

                              Respondents.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated January 30, 2026, the Petition for a writ of habeas

corpus under 28 U.S.C. § 2241 is GRANTED and the Government is ordered to immediately

release Petitioner from custody. The Government is directed to inform counsel for Petitioner as

to the expected time and place of Petitioner's release and shall file a status letter to update me

about Petitioner's status by February 3, 2026. IT IS FURTHER ORDERED that Petitioner "shall

not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond

hearing before a neutral decisionmaker, where the government will have the burden of showing

that his detention is authorized under 8 U.S.C. § 1226(a)." Hyppolite, 2025 WL 2829511, at *17.

Cf. Rueda Torres, 2025 WL 3168759, at *6. IT IS FURTHER ORDERED that the Government

is ENJOINED from denying bond to Petitioner in any subsequent proceeding on the basis that he

must be detained pursuant to: (1) 8 U.S.C. § 1225(b) or (2) 8 U.S.C. § 1226(c) absent a change in

relevant circumstances consistent with the Opinion & Order. IT IS FURTHER ORDERED that,

if Petitioner is granted bond, the Government is ENJOINED from invoking the automatic stay

provision at 8 C.F.R. § 1003.19(i)(2). Rueda Torres, 2025 WL 3168759, at *6. The parties did not address Petitioner's request for attorney's fees and costs pursuant to the Equal Access to Justice Act as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412, in the Petition, Opposition, or Reply.

**Dated:**  New York, New York

February 3, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**    K. mango

_____

**Deputy Clerk**