

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 8, 2026

**By ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED *[signature]*
> VERNON S. BRODERICK
> U.S.D.J.  4/8/2026

    Re:    *Sidqui v. Almodovar et al.*, No. 25 Civ. 9349 (VSB)

Dear Judge Broderick:

    This Office represents the government in this habeas corpus action, in which petitioner Nouamane Sidqui ("Petitioner") challenged his detention by U.S. Immigration and Customs Enforcement. On January 30, 2026, the Court issued an order granting the habeas petition, and entered judgment on February 3. ECF Nos. 31, 32. On February 5, Petitioner filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. ECF No. 34. As instructed, ECF No. 40, the parties attempted but were unable to resolve Petitioner's fee application. After conferring with counsel for Petitioner, the parties propose the following briefing schedule: Respondents' opposition due on May 1; and Petitioner's response due on May 15.

    We thank the Court for its consideration of this letter.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney

            By:    */s/ Brandon Cowart*
                            BRANDON H. COWART
                            Assistant United States Attorney
                            86 Chambers Street, Third Floor
                            New York, New York 10007
                            Tel.: (212) 637-2693
                            E-mail: brandon.cowart@usdoj.gov
                            *Attorney for Respondents*

cc: Counsel of Record (by ECF)